# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **JONATHAN HARTLEY,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.** |
| | **1:24-cv-01399-MLB-CCB** |
| **EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,** | |
| **Defendants.** | |

## STIPULATION TO DISMISS AS TO TRANS UNION, LLC ONLY

Plaintiff Jonathan Hartley and Defendant Trans Union, LLC, by counsel, and through their respective signatures below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, without prejudice, both sides to bear their own fees and costs.

Dated: July 24, 2024

JOSEPH P. MCCLELLAND, LLC

*/s/ Joseph P. McClelland*
Joseph P. McClelland
JOSEPH P. MCCLELLAND, LLC
Georgia Bar No. 483407
235 East Ponce de Leon Avenue, Suite 215
Decatur, Georgia 30030
Telephone: (770) 775-0938
joseph@jacksonlaws.com

ATTORNEY FOR PLAINTIFF

*/s/ Paul W. Sheldon*
Paul W. Sheldon
Georgia Bar No. 947098
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5453
(214) 871-2111 Fax
psheldon@qslwm.com

ATTORNEY FOR DEFENDANT
EQUIFAX INFORMATION SERVICES LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, I filed a true and correct copy of the foregoing Stipulation to Dismiss with the Electronic Case Filing system of the Court, which will send a Notice of Electronic Filing to, and thereby effect service upon, all parties through their counsel of record.

I additionally certify that the above-referenced document has been prepared

in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

*/s/ Joseph P. McClelland*
Joseph P. McClelland